AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | | |
|---|---|---|
| IDAN BAR-ASHER, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 21-cv-06571 |
| PLAYTIKA HOLDING CORP., et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Idan Bar-Asher   .

Date: 12/06/2021

/s/ J. Alexander Hood II
*Attorney's signature*

J. Alexander Hood II (JA4625)
*Printed name and bar number*

Pomerantz LLP
600 Third Avenue, 20th Floor
New York, NY 10016

*Address*

ahood@pomlaw.com
*E-mail address*

(212) 661-1100
*Telephone number*

(917) 463-1044
*FAX number*