UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ X


IN RE PLAYTIKA HOLDING CORP.                    JUDGMENT
SECURITIES LITIGATION,                          21-CV-6571 (RPK)(SJB)


------------------------------------------------------------ X

   A Memorandum and Order of Honorable Rachel P. Kovner, United States District Judge,

having been filed on March 18, 2024, granting defendants' motion to dismiss; and dismissing

plaintiff's claims with prejudice; it is

   ORDERED and ADJUDGED that defendants' motion to dismiss is granted; and that

plaintiff's claims are dismissed with prejudice.

Dated: Brooklyn, NY           Brenna B. Mahoney
   March 19, 2024          Clerk of Court


                 By: */s/Jalitza Poveda*
                    Deputy Clerk